UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NICOLE C. MC PHERSON,**

        Plaintiff,

v.                                                                                          Case No. 05-72218-DT
                                                                                            Hon. Bernard A. Friedman

**COMMISSIONER OF
SOCIAL SECURITY,**

        Defendant.

_____/

<u>**MEMORANDUM OPINION AND ORDER**</u>

This matter is before the Court on Magistrate Judge Donald A. Scheer's Report and Recommendation dated January 18, 2006.  No objections were filed thereto.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Donald A. Scheer's Report and Recommendation dated January 18, 2006, is hereby accepted and adopted.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is granted.


 February 16, 2006                                          s/Bernard A. Friedman
       Detroit, Michigan                              BERNARD A. FRIEDMAN
                                                                         CHIEF JUDGE

**I hereby certify that a copy of the foregoing document
was served this date upon counsel of record
electronically and/or via first-class mail.**


     **/s/ Patricia Foster Hommel**
      **Patricia Foster Hommel**
   **Secretary to Chief Judge Friedman**